PS 42
(Rev 7/93)

# United States District Court
## District of

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs. ) | |
| ) | |
| Darryl P. Sargent ) | Case   2:11CR00116-002 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Darryl P. Sargent____, have discussed with ____Erik Carlson____, Pretrial Services/ Probation Officer, modifications of my release conditions as follows:

Submit to a mental health evaluation and undergo any recommended treatment.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  11/30/11        _____  11/30/2011
Signature of Defendant        Date              Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                       11/30/11
Signature of Defense Counsel                                       Date

[X] The above modification of conditions of release is ordered, to be effective on   12/2/11   .
[ ] The above modification of conditions of release is *not* ordered.

s/ CYNTHIA IMBROGNO                                            12/2/11
Signature of Judicial Officer                                     Date