# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Darryl Patrick Sargent | Docket No. | 2:11CR00116-002 |

### Petition for Action on Conditions of Pretrial Release

      COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Darryl Patrick Sargent who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the court at Spokane, Washington, on the 25th day of July 2011 under the following conditions:

**Condition #20:** Refrain from use of unlawful possession of a narcotic drug or other controlled s substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner

**Condition #27:** Prohibited Substance Abuse Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month.  Defendant shall submit to any method of testing required by the Pretrial Services Office for determining whether the Defendant is using a prohibited substance.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.  Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.  Full mutual released shall be executed to permit communication between the court, Pretrial Services, and the treatment vendor.  Treatment shall not interfere with Defendant's court appearances.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant admitted to using methamphetamine on November 7 and 10, 2011.

**Violation #2:** On November 8, 2011, the defendant used a device in an attempt to obstruct and tamper with the efficiency and accuracy of a prohibited substance test.

**Violation #3:**  The defendant refused to provide a valid urine sample for the purposes of prohibited substance testing on November 8, 2011.

PRAYING THAT THE COURT WILL MODIFY CONDITIONS OF RELEASE

|   |   |   |
|---|---|---|
|   |   | I declare under penalty of perjury that the foregoing is true and correct. |
|   |   | Executed on:   12/02/2011 |
|   | by | s/Erik Carlson |
|   |   | Erik  Carlson<br>U.S. Probation Officer |

PS-8
Re:  Sargent, Darryl Patrick
December 2, 2011
Page 2

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

S/ CYNTHIA IMBROGNO

Signature of Judicial Officer

12/2/11

Date